Rebecca Evans (16846)
EVANS LAW, LLC
12938 S Riverton Farms Way
Riverton, UT 84065
Telephone (801) 872-9840
rebecca@evanslaw.llc

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **Nancy Spitzer,** an individual, <br><br> Plaintiff, <br><br> v. <br><br> **Stepstone Connect, LLC,** a Utah limited liability company; and **SherryAnn Quindley,** an individual; <br><br> Defendants. | Civil Case No.: 1:22-cv-00168 <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> **Magistrate Judge Cecilia M. Romero** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to the voluntary dismissal of this action in its entirety, with prejudice, and with each party to bear its own fees and costs.

Respectfully submitted,

DATED March 11, 2024          EVANS LAW, LLC

                                        /s/ *Rebecca Evans*
                                        Rebecca Evans
                                        *Attorney for Plaintiff Nancy Spitzer*

DATED March 12, 2024          DEISS LAW PC

/s/ *Corey Riley*
Corey Riley
*Attorney for Defendants Stepstone Connect, LLC*
*and SherryAnn Quindley*